[No. 1102-2. Division Two. January 16, 1974.]

ROBIN LEE ROBERTSON, *Appellant,* v. DEAN TAYLOR, *as Administrator, et al., Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 216098, Stanley W. Worswick, J., entered April 30, 1973. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 744-3. Division Three. January 18. 1974.]

RODNEY F. FARRELL, *Appellant,* v. LON JACKMAN *et al., Respondents.*

Appeal from a judgment of the Superior Court for Asotin County, No. 11763, Patrick McCabe, J., entered October 19, 1972. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 1697-1. Division One. January 21, 1974.]

CHARLES A. PAPPAS *et al., Appellants,* v. E. A. HERSHBERGER *et al., Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 733353, Howard J. Thompson, J., entered May 5, 1972. *Affirmed* by unpublished per curiam opinion.